UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESURANCE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES PETRELLI, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | 2:10-CV-00808-PMP-LRL <br><br> **ORDER** |

The Parties having advised the Court on December 15, 2010 (Doc. #24) that this action is settled, and good cause appearing,.

**IT IS ORDERED that** this case is hereby **DISMISSED**.

DATED: April 1, 2011.

_____
PHILIP M. PRO
United States District Judge